**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

JASON MCCLELLAN,

        Plaintiff,

-vs-                                                Case No. 3:15-cv-915-J-34JBT

RICHARD WARREN,

        Defendant.

_____

**ORDER**

**THIS CAUSE** is before the Court on the Report and Recommendation (Doc. 12; Report), entered by the Honorable Joel B. Toomey, United States Magistrate Judge, on December 8, 2015. Plaintiff initiated this action by filing his Complaint (Doc. 1; Complaint). On August 20, 2015, he filed an Affidavit of Indigency, which the Court construed as a Motion for Leave to Proceed *In Forma Pauperis* (Doc. 5; Motion). Upon review of the Complaint and the Motion, Judge Toomey took the Motion under advisement (Doc. 6; Order Taking Under Advisement) and ordered Plaintiff to file an Amended Complaint. In doing so, Judge Toomey cautioned Plaintiff that failure to file a properly amended complaint would likely result in a recommendation that the case be dismissed for lack of subject matter jurisdiction, want of prosecution, or other appropriate grounds. See Doc. 6 at 4-5.[1] In the Report, Judge Toomey determines that Plaintiff has indeed failed to file a properly amended

---

[1] Magistrate Judge Toomey explained in his Order Taking Under Advisement that Plaintiff's Complaint attempts to allege only a single claim of conversion of personal property (allegedly valued at $187,950.00) and provides no basis for statutory or federal question jurisdiction. As such, Magistrate Judge Toomey states, among other things, that Plaintiff should sufficiently allege diversity jurisdiction to avoid dismissal of the action. See Order Taking Under Advisement at 3-5.

complaint and recommends that the Motion (Doc. 5) be denied and that the case be dismissed for lack of subject matter jurisdiction.

On January 22, 2016, Defendant filed a "Notice of an Appeal" which this Court construes as an Objection to the Report (Doc. 14; Objection). Specifically, the Objection states:

> "I, Jason McClellan: 305509, Pro Se hereby request to this Court that plaintiff ask Court to appeal Case No 3:15-cv-915-MMH JBT. This is plaintiff's first appeal and has no knowledge of as a pro-se. Plaintiff ask to please grant Appeal."

See Objection at 1.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May 14, 2007).

Upon independent review of the file and for the reasons stated in the Report, the Court will overrule the Objection, and accept and adopt the legal and factual conclusions recommended by Magistrate Judge Toomey. In doing so, the Court observes that Plaintiff's Objection to Judge Toomey's Report offers no evidence or arguments of merit to warrant relief. Moreover, Plaintiff has failed to file specific written objections as required by Fed. R.

Civ. P. 72(b)(2).[2]  More importantly, the Court concludes that Magistrate Judge Toomey's recommended resolution results from a correct application of the appropriate legal framework and a correct assessment of the relevant record.  Thus, Plaintiff's Objection will be overruled and this case dismissed for lack of subject matter jurisdiction.  Accordingly, it is hereby

**ORDERED:**

1.   The Magistrate Judge's Report and Recommendation (Doc. 12) is **ADOPTED** as the opinion of the Court.

2.   Plaintiff's Objection to the Magistrate Judge's Report and Recommendation (Doc. 14) is **OVERRULED**.

3.   The Motion for Leave to Proceed *In Forma Pauperis* (Doc. 5) is **DENIED.**

4.   The case is **DISMISSED** for lack of subject matter jurisdiction.

5.   The Clerk of Court is directed to terminate any pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 3rd day of March, 2016.

*/s/ Marcia Morales Howard*
**MARCIA MORALES HOWARD**
United States District Judge

---

[2] Plaintiff's Objection has merely asked the Court to "please grant appeal." See Objection at 1.

i32

Copies to:

Honorable Joel B. Toomey
United States Magistrate Judge

Counsel of Record

Unrepresented Parties